**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| AARON WATSON, ) | NO. CV 18-0316-AB (AS) |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| U.S. GOVERNMENT, ) | |
| Defendants. ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: November 15, 2018.

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE